# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THEODORE STEVENS,<br><br>  Plaintiff,<br><br>v.<br><br>HONEY WICKHAM, et al.,<br><br>  Defendant. | Case No. 2:17-cv-01949-JAD-CWH<br><br>**ORDER** |

This matter is before the court regarding a document dated October 29, 2018, that plaintiff mailed to the court. The document is attached to this order for the public record. The document is a motion to rescind settlement.

Under the court's local rules, "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." LR IA 7-1(b). These documents were not filed in the court's docket and do not contain a certificate of service indicating they were served on defendants. The court will therefore order that the motion be docketed and distributed to all parties.

IT IS SO ORDERED.

DATED: November 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Theodore Stevens
    plaintiff

                            2:17-cv-1944

v.

Brian Williams et al

            USDC NV

MOTION TO RECIND SETTLEMENT

I'm having buyer's remorse, 1. we settled on the possibility of me receiving an air mattress, only after seeing a doctor, and if he says I don't need it, I won't get, air mattresses we sold in the canteen, and are no longer sold, but seeing a doctor, for something, that anybody could of bought from the canteen, don't six right with me; 2. We never settled on the Graham issue, 3. I want the $247.63 spendable, not deducted from my debt

                *signature*

            10.29.18
clerk e-file to D. Randolf Gilmer

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

RENO NV 894
21 OCT 2019 PM 2 L

US POSTAGE $00.47⁰
ZIP 89101
011D11641426

George W. Foley, Jr.
U.S. Magistrate Judge
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd., So., Ste #3099
Las Vegas, NV 89101

INMATE LEGAL
MAIL CONFIDENTIAL