1  AARON D. FORD
   Nevada Attorney General
2  D. RANDALL GILMER (Bar No. 14001)
   Chief Deputy Attorney General
3  HENRY H. KIM (Bar No. 14390)
   Deputy Attorney General
4  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   Telephone:  (702) 486-3427
6  Facsimile:  (702) 486-3773
   E-Mail: drgilmer@ag.nv.gov
7  *Attorneys for Defendants*
   *James Dzurenda and Brian Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS, | Case No. 2:17-cv-01949-JAD-CWH |
|    Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| HONEY WICKHAM, *et al.*, | |
|    Defendants. | ECF Nos. 18, 35, 39, 40 |

It is hereby stipulated and agreed to, by the parties, Plaintiff, Theodore Stevens, in pro se, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and D. Randall Gilmer, Chief Deputy Attorney General, the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

                                  . FORD
                               Attorney General

_____    By: _____

Theodore Stevens, Plaintiff    D. Randall Gilmer (Bar No. 14001)
Pro Se                      Chief Deputy Attorney General

Dated: ___7/3/9___        Dated: ___7/15/19___

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 18, 35]** are DENIED as moot, and the Report and Recommendation **[ECF No. 39] is rejected as moot**.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 15, 2019